**CT Corporation**

**Service of Process Transmittal**
02/14/2012
CT Log Number 519974010

TO: John L Howard, Senior VP & General Counsel
W.W. Grainger, Inc.
100 Grainger Parkway
Lake Forest, IL 60045

RE: **Process Served in Louisiana**

FOR: W.W. GRAINGER, INC. (Domestic State: IL)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| TITLE OF ACTION: | Anthony Middleton vs. W.W. Grainger, Inc. and ABC Insurance Company, Dfts. |
| DOCUMENT(S) SERVED: | Citation, Petition |
| COURT/AGENCY: | 32nd Judicial District Court, Parish of Terrebonne, LA<br>Case # 0165846 |
| NATURE OF ACTION: | Personal Injury - Failure to Maintain Premises in a Safe Condition - On February 3, 2011 Due to Defendant's Carelessness, negligence and incapacity to keep the premises safe, Plaintiff sustained injureis and damgages at Defendant's Warehouse located in Houma, Louisiana |
| ON WHOM PROCESS WAS SERVED: | C T Corporation System, Baton Rouge, LA |
| DATE AND HOUR OF SERVICE: | By Process Server on 02/14/2012 at 08:35 |
| JURISDICTION SERVED: | Louisiana |
| APPEARANCE OR ANSWER DUE: | Within 15 days after Service |
| ATTORNEY(S) / SENDER(S): | Frank J. D'Amico, Jr.<br>Frank J. D'Amico, Jr., APLC<br>622 Baronne Street<br>New Orleans, LA 70113<br>504-525-7272 |
| ACTION ITEMS: | CT has retained the current log, Retain Date: 02/14/2012, Expected Purge Date: 02/19/2012<br>Image SOP<br>Email Notification, John L Howard JOHN.HOWARD@GRAINGER.COM<br>Email Notification, Kelley Richardson kelley.richardson@grainger.com<br>Email Notification, Bob Markowski bob.markowski@grainger.com<br>Email Notification, Elizabeth Swanson Elizabeth.Swanson@grainger.com<br>Email Notification, Gia Simpson gia.simpson@grainger.com |
| SIGNED:<br>PER:<br>ADDRESS:<br><br><br>TELEPHONE: | C T Corporation System<br>Lisa Uttech<br>5615 Corporate Blvd<br>Suite 400B<br>Baton Rouge, LA 70808<br>225-922-4490 |

Page 1 of 1 / ST

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.


EXHIBIT A

# CITATION

ANTHONY MIDDLETON

Versus

WW GRAINGER INC, ET AL



Case: 0165846
Division: E
32nd Judicial District Court
Parish of Terrebonne
State of Louisiana

*A Resident of EAST BATON ROUGE Parish*

TO: W W GRAINGER INC THROUGH THEIR REGISTERED AGENT
CT CORPORATION SYSTEM
5615 CORPORATE BLVD. STE 400B
BATON ROUGE, LA 70808

You are hereby summoned to comply with the demand of the **ORIGINAL PETITION**

A true and faithful copy whereof accompanIES this citation, or to make an appearance by filing an answer or other pleading thereto, in writing, with the Clerk of Court at his office in the City of Houma, within fifteen (15) days after the service hereof; and your failure to so comply will subject you to the penalty of having a default judgment rendered against you.

Witness the Honorable Judges of said Court this 8th day of FEBRUARY, 2012.

I. Robert Boudreaux, Clerk of Court

BY: /s/ Shannon L. Bergeron
Deputy Clerk of Court

A true copy:

Clerk's office, Houma, Louisiana

FEB 0 8 2012

_/s/ Shannon Bergeron_
Deputy Clerk of Court

## SHERIFF'S RETURN

| PERSONAL SERVICE | DOMICILIARY SERVICE |
|---|---|
| STATE OF LOUISIANA | STATE OF LOUISIANA |
| PARISH OF _____ | PARISH OF _____ |
| Received on _____ | Received on _____ |
| the within _____ | the within _____ |
| together with a true copy thereof and a true copy of pleadings mentioned above and on the ____ day of _____, 20__. | together with a true copy thereof and a true copy of pleadings mentioned above and on the ____ day of _____, 20__. |
| I served the same on the said _____ | I served the same at the domicile of the said _____ |
| IN PERSON in the Parish of _____, LA., at about ____ miles from the courthouse of The said Parish. | Situated in the Parish of _____ LA. at about ____ miles from the courthouse of the Parish of _____, LA. by leaving the said true copies in the hands of _____ a person apparently over the age of 16 years, being and residing at the said domicile of the said _____ who was absent at the time of service as determined from the interrogation of the said _____, relative thereto. |
| WHEREOF, I make this my return on this day of _____, 20__. | WHEREOF, I make this my return on this ____ day of _____, 20__. |
| Deputy Sheriff | Deputy Sheriff |
| Parish of _____ | Parish of _____ |

RETURN AND FILED:
_____
_____
Deputy Clerk of Court

FEE: $_____
MILEAGE: $_____
Total: $_____

Requested By: DAVID J. MITCHELL 4731 CANAL STREET NEW ORLEANS LA. 70119   504-525-7272

[ SERVICE ]

32nd **JUDICIAL DISTRICT COURT**

**PARISH OF TERREBONNE**

**STATE OF LOUISIANA**

No.: 145846                                                              Div.:

**ANTHONY MIDDLETON**

vs.

**W. W. GRAINGER, INC.
AND ABC INSURANCE COMPANY**

*FILED:*_____            _____

*DEPUTY CLERK*

**PETITION FOR DAMAGES**

NOW INTO COURT, through undersigned counsel, comes ANTHONY MIDDLETON, (hereinafter as "Plaintiff"), a person of majority and resident of Orleans Parish, LA who respectfully files this *Petition for Damages* as follows versus the following entities:

1.

Made defendants herein are:

**W. W. GRAINGER, INC.** (hereinafter as "GRAINGER"), to the best of plaintiff's knowledge information and belief, a non-Louisiana business corporation doing business in Terrebonne Parish, State of Louisiana, and which has a principle business establishment in Lake Forest, IL; and,

**ABC Insurance Company** (hereinafter as "ABC") a currently unknown and fictitiously named insurance company who provided liability insurance to the defendant GRAINGER, for their warehouse located at 5366 Hwy. 311, Houma., LA at all times pertinent hereto.

2.

Venue is appropriate because the tortious conduct which gives rise to this litigation occurred in Terrebonne Parish, LA.

3.

To the best of plaintiff's knowledge, information and belief, and at all times pertinent hereto, defendant, ABC, maintained a policy of liability insurance to cover the delictual actions of defendant, GRAINGER.

**RANDALL L. BETHANCOUF
JUDGE - DIVISION E**

4.

To the best of the plaintiff's knowledge, information and belief, at all times pertinent hereto, defendant, GRAINGER had care, custody, and control of the premises and/or property, grounds, loading dock, and lift gates of the GRAINGER warehouse located in Houma, LA.

5.

Plaintiff asserts his claim versus the defendant and its insurer for the following, to wit:

On or about February 3, 2011, plaintiff, while employed by Tiger Logistics, LLC, made a delivery to a GRAINGER warehouse located in Houma, Louisiana. After plaintiff's arrival at the GRAINGER warehouse, GRAINGER employees opened the warehouse garage doors. Plaintiff proceeded to unload his truck. Plaintiff gathered loose packages and proceeded to carry them out of the back of the truck into the warehouse to be checked in by GRAINGER employees. As Plaintiff stepped out of the back of his truck, his foot went through an opening between his truck and the warehouse loading dock and got stuck, causing him to fall to the ground inside the warehouse. A GRAINGER employee normally lowers a lift gate to sit on the tailgate of his truck. The lift gate had not been lowered, leaving a gap between his truck and the warehouse.

6.

The proximate cause of the accident and resulting injuries to plaintiff was the negligence of the defendant, GRAINGER which negligence is more particularized in the following non-exclusive respects:

a)  Failing to adequately provide a safe means of ingress and egress;
b)  Failure to adequately and or properly warn plaintiff of the inherent danger;
d)  Failure to adequately inspect the premises;
e)  Failure to maintain the premises in a safe condition;
f)  Failure to meet generally the standard of care required in the above described situation;

g) Allowing unsafe operations of the loading dock;

h) Failure to lower lift gate;

i) Any and all other acts of negligence and or tortious activity the plaintiff may discover in the course of litigation

7.

As a result of the accident plaintiff suffered injury to his right foot and ankle, also experiencing neck pain radiating into his left arm, and is currently under a physician's care. MRI revealed multilevel cervical spondylosis; all cervical discs are desiccated; multilevel posteriorly protruding discs; multilevel disc space narrowing and foraminal narrowing;

8.

Additionally, and/or in the alternative, plaintiff alleges the liability of the defendants, under Articles 2317, 2317.1 and 2320 of the Louisiana Civil Code.

9.

The premises presented an unreasonable risk of harm to the plaintiff and that risk of harm was reasonably foreseeable by Defendant, GRAINGER.

10.

Defendant, GRAINGER, had actual and/or constructive notice of the condition which caused the accident prior to the occurrence.

11.

Defendant, GRAINGER, failed to exercise reasonable care.

12.

As a result of the aforementioned negligence of the defendant, plaintiff, is entitled to recover damages reasonable in the premises, both general and special, including, but not limited to, medical expenses, lost earnings and loss of earning capacity, physical pain and suffering, mental and emotional pain and suffering, loss of enjoyment of life; and disfigurement, inconvenience, expenses, statutory and legal interest, court costs and attorney fees; all past, present and future, all as allowed by law.

13.

Amicable demand has been made with no avail.

Prayer:

WHEREFORE, plaintiff prays that this *Petition for Damages* be deemed good and sufficient in stating a claim and that the defendants, W. W. GRAINGER, INC. and ABC INSURANCE COMPANY be found responsible for the actions alleged and that the costs of this litigation, including attorneys fees, costs and expenses as well as judicial interest as well as general and special damages at law and or equity be awarded to the plaintiff, ANTHONY MIDDLETON, as outlined in the preceding paragraphs, and for all general and equitable relief.

Respectfully submitted:

FRANK J. D'AMICO, JR., APLC

David J. Mitchell, (#9692)
4731 Canal Street
New Orleans, LA 70119
(504) 525-7272
Facsimile: (504) 525-9522

**Sheriff Please Serve:**

W. W. GRAINGER, INC.
Through their registered agent
CT Corporation System
5615 Corporate Blvd., Ste. 400B
Baton Rouge, LA 70808

FILED

FEB - 6 2012

/s/CANDACE S. PORCHE
DEPUTY CLERK OF COURT
PARISH OF TERREBONNE, LA

A TRUE COPY OF THE ORIGINAL
CLERK'S OFFICE, HOUMA, LA
FEB 0 8 2012
Deputy Clerk of Court